IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JUN 13 PM 12: 49

DEPUTY CLERK

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| ERICA MCCOY | 3-18CR-287-N |

## INDICTMENT

The Grand Jury charges:

### Count One
### Sexual Abuse of a Ward
(Violation of 18 U.S.C. § 2243(b))

Beginning on or about October 6, 2017, and continuing to on or about February 8, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas, the defendant, **ERICA MCCOY**, did knowingly engage in sexual acts, as defined in 18 U.S.C. § 2246(2)(B), with D.E., who was at the time in official detention and under the defendant's custodial, supervisory, and disciplinary authority.

In violation of 18 U.S.C. § 2243(b).

<u>Count Two</u>
Abusive Sexual Contact
(Violation of 18 U.S.C. § 2244(a)(4))

Beginning on or about October 6, 2017, and continuing to on or about February 8, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas, the defendant, **ERICA MCCOY**, did knowingly engage and cause sexual contact with D.E., who at the time was in official detention at the Federal Correctional Institute at Seagoville, Texas, and under the defendant's custodial, supervisory, and disciplinary authority, to wit: **MCCOY** touched D.E.'s genitalia with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of a person.

In violation of 18 U.S.C. § 2244(a)(4).

## Count Three
### Providing Contraband in Prison
(Violation of 18 U.S.C. § 1791(a)(1) and (b)(5))

From on or about October 6, 2017, through on or about February 8, 2018, the exact dates being unknown, in the Dallas Division of the Northern District of Texas, **ERICA MCCOY**, defendant, contrary to the rules of the Bureau of Prisons, provided and attempted to provide prohibited objects, to wit: tobacco and vodka, to D.E., an inmate of the Federal Correctional Institute at Seagoville, Texas, a federal correctional institution that houses persons in custody under direction of the Attorney General.

In violation of 18 U.S.C. §1791(a)(1) and (b)(5).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8803
Email: Suzanna.Etessam@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ERICA MCCOY

INDICTMENT

18 U.S.C. § 2243(b)
Sexual Abuse of a Ward

18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

18 U.S.C. § 1791(a)(1) and (b)(2)
Providing Contraband in Prison

3 Counts

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 13th day of June, 2018.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending